IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:94-CR-00143-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARICK DEE PITTMAN, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's letter motion [DE-94] addressed to the undersigned. In his motion, Defendant is seeking relief from the payments the Bureau of Prisons is asking him to pay each month through the Inmate Financial Responsibility Program.

In its Judgment, the court ordered Defendant to pay $100.00 in special assessments and $8,900.00 in restitution. *See* Judgment [DE-77] at 5. It was ordered that the monetary penalties were due in full immediately. *Id.*

Because Defendant's motion challenges the implementation of the restitution portion of his sentence, the undersigned construes the motion as a petition for habeas corpus relief under 28 U.S.C. § 2241. *See United States v. Gripper*, 224 F. App'x. 219, 220 (4th Cir. 2007). A § 2241 petition must be brought in the district in which the petitioner is incarcerated. *See In re Jones*, 226 F.3d 328, 332 (4th Cir. 2000). Defendant is confined in Petersburg, Virginia.

In light of the foregoing, Defendant's letter motion [DE-94] is DENIED without prejudice to him to re-file in the district where he is confined.

SO ORDERED.

This, the 14th day of October, 2015.

                                              *James C. Fox*
                                        JAMES C. FOX
                                      Senior United States District Judge